Stuart T. Barasch (State Bar No. 74108)
stuartbarasch@gmail.com
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536

Attorney for Plaintiff, Markel E. Williams,

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKEL E. WILLIAMS,

    Plaintiff,

    v.

ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 2:21-cv-01251-DMC (SS)

**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME**

It is hereby ORDERED, that the time for Plaintiff's Motion for Summary Judgment to be filed shall be extended until Friday, April 1, 2022. The calendar of dates in the Scheduling Order shall adjust in conformity to this change of dates for Plaintiff's Brief.

IT IS SO ORDERED.

Dated: January 24, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE