Stuart T. Barasch (State Bar No. 74108)
stuartbarasch@gmail.com
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536

Attorney for Plaintiff, Markel E. Williams,

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL E. WILLIAMS,<br><br>        Plaintiff,<br><br>        v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | CASE NO.<br>2:21-cv-01251-DMC (SS)<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME** |

It is hereby ORDERED, that the time for Plaintiff's Motion for Summary Judgment to be filed shall be extended until Monday, May 2, 2022. Similarly, Defendant's deadline to file her Responsive Brief is extended from May 16, 2022,

to June 16, 2022. Plaintiff's Reply brief, if any, shall be filed within fifteen (15) days of the filing of Defendant's Responsive Brief.

IT IS SO ORDERED.

Dated: March 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE